# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN E. CASTILLO,<br><br>      Plaintiff,<br><br>      v.<br><br>J. MICHAEL LEE, et al.,<br><br>      Defendants. | CASE NO. 5:16-CV-00097-RGK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that this action is hereby dismissed.

DATED: June 22, 2017

HON. STEVE KIM
U.S. MAGISTRATE JUDGE